No. 73–6755.  SHIPP *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–6756.  CAMPBELL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6757.  COLLINS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6762.  STEBBINS *v.* INSURANCE COMPANY OF NORTH AMERICA ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 73–6763.  SMITH *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 73–6764.  WELCH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 73–6765.  DAVIS *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 73–6768.  KOPAS ET AL. *v.* UNITED STATES ET AL.; and
No. 73–6775.  KOPAS ET AL. *v.* UNITED STATES TAX COURT ET AL.  C. A. 6th Cir.  Certiorari denied.  Reported below: 492 F. 2d 1243.

No. 73–6771.  TORBERT *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–6772.  BOWSER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 73–6773.  YATES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.